

# NUMBER 13-11-00551-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JUAN ANTONIO CASTILLO, Appellant,

v.

THE STATE OF TEXAS, Appellee.

**On appeal from the 105th District Court
of Kleberg County, Texas.**

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Order Per Curiam**

This cause is before the Court on appellant's motion for extension of briefing deadline because the reporter's record is incomplete. On September 23, 2013, this Court granted appellant's motion to supplement the reporter's record. Appellant is

requesting that this Court set a deadline for completion of the reporter's record and to reset the briefing deadline once the record is complete.

The Court, having fully examined and considered appellant's motion, is of the opinion that, in the interest of justice, appellant's motion should be granted with order. Appellant's motion for extension of briefing deadline is GRANTED. The court reporter is directed to prepare a supplemental reporter's record to include the original plea proceedings from December 3, 2009, and December 8, 2009. The supplemental reporter's record shall be filed with this Court within twenty (20) days from the date of this order.

The Honorable Stephen W. Byrne, counsel for appellant, is hereby ORDERED to file the appellate brief with this Court within thirty (30) days after the filing of the supplemental reporter's record.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the 23rd
day of October, 2013.